TO: Clerk's Office
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**



**APPLICATION FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

*******************************

INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER (229) 418-8231, THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE

20-MC-1584 (JO)
Docket Number

*******************************

SUBMITTED BY: Plaintiff____ Defendant____ DOJ ✓
Name: Nadia Shihata
Firm Name: United States Attorney's Office
Address:   271 Cadman Plaza E
           Brooklyn, NY 11201
Phone Number: 718-254-6295
E-Mail Address: Nadia.Shihata@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ✓ NO ___
**If yes, state description of document to be entered on docket sheet:**

**A) If pursuant to a prior Court Order**:
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

**B) If a new application,** the statute, regulation, or other legal basis that authorizes filing under seal

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNTIL 10/13/20 WITH 90-DAY EXTENSION AVAILABLE ON SHOWING OF NEED.**

DATED: 7/13/20  Brooklyn  , NEW YORK

<u>U.S. MAGISTRATE JUDGE</u>

RECEIVED IN CLERK'S OFFICE_____
                                                                  DATE

**MANDATORY CERTIFICATION OF SERVICE**:
**A.)** ___ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or **C.)** ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

July 13, 2020                              *Nadia Shihata*
DATE                                       SIGNATURE