TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



## APPLICATION FOR LEAVE
## TO FILE DOCUMENT UNDER SEAL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IN RE APPLICATION FOR SEARCH
WARRANT APPLICATION FOR
HISTORICAL CELL-SITE INFORMATION

20 MC 1584
Docket Number

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUBMITTED BY: Plaintiff____ Defendant____ DOJ ✓
Name: Maria Cruz Melendez
Firm Name: United States Attorney's Office
Address: 271 Cadman Plaza E
Brooklyn, NY 11201
Phone Number: 718-254-6408
E-Mail Address: Maria.CruzMelendez@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES____ NO ✓
**If yes, state description of document to be entered on docket sheet:**

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

**B) If a new application,** the statute, regulation, or other legal basis that authorizes filing under seal

_____

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: Brooklyn                    , NEW YORK
10/6/2020

_____
**U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE  10/6/2020
                                DATE

**MANDATORY CERTIFICATION OF SERVICE:**
**A.)** ____ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ____ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: _____; or **C.)** ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

October 6, 2020                    /s/ Maria Cruz Melendez
DATE                                SIGNATURE


U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MCM

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 6, 2020

**FILED UNDER SEAL**

<u>By E-mail</u>

The Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   In Re Application for Search Warrant
             Docket No. 20-MC-1584

Dear Judge Reyes:

      The government respectfully moves for a limited order unsealing the search warrant and underlying affidavit in the above-captioned matter for the purpose of providing them in discovery where applicable. The government further requests that this letter and the attached proposed order also be filed under seal as the matter will otherwise remain under seal and is relevant to an ongoing criminal investigation in which all of the targets have not yet been arrested.

      Respectfully submitted,

      SETH D. DuCHARME
      Acting United States Attorney

By:     /s/
      Maria Cruz Melendez
      Assistant U.S. Attorney
      (718) 254-6408

Enclosure

MCM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
IN RE APPLICATION FOR
SEARCH WARRANT APPLICATION
FOR HISTORICAL CELL-SITE
INFORMATION
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

20-MC-1584

    Upon the application of SETH D. DuCHARME, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Maria Cruz Melendez, for a limited order unsealing the search warrant and underlying affidavit in the above-captioned matter.

    WHEREFORE, it is ordered that the search warrant and underlying affidavit in the above-captioned matter be unsealed for the limited purpose of providing a copy of the documents as part of discovery where applicable.

Dated:   Brooklyn, New York
          October 6, 2020

_____
THE HONORABLE RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK